# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| SUSAN MICIOTTO | * | CIVIL ACTION NO. 6:19-CV-00735 |
| vs. | * | JUDGE TERRY A. DOUGHTY |
| HOBBY LOBBY STORES, INC., ET AL. | * | MAG. JUDGE PATRICK J. HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants Allen Calais and Michelle Savoy are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand [Doc. No. 5] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's claim for attorneys' fees is **DENIED**.

Monroe, Louisiana, this 20th day of August, 2019.

                                                                   _____
                                                                   **TERRY A. DOUGHTY**
                                                                   **UNITED STATES DISTRICT JUDGE**